## Commonwealth *v.* White, Appellant.

Submitted March 22, 1972. *Anne F. Johnson* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Williams, Appellant.

Argued March 19, 1973. *Alan M. Tepper,* with him *Klovsky, Kuby and Harris,* for appellant; *Melvin Dildine,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.